IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD C. BURTON, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 06-0444-CG-M |
| | : |
| | : |
| JAMES PAIN, et al., | : |
| | : |
|     Defendants. | : |

<u>ORDER</u>

On October 6, 2006, Plaintiff was ordered to pay a $6.66 partial filing fee within twenty days (Doc. 6).  As of this date, Plaintiff has not paid the partial filing fee as ordered, but has filed a Motion for Status, which was granted on December 14, 2006 (Doc. 8), as well as other documents (Docs. 9, 10).  Upon consideration of Plaintiff's recent filings (Docs. 9, 10), Plaintiff is **GRANTED** an extension of time to pay the $6.66 partial filing fee.  Plaintiff is **ORDERED** on or before **February 14, 2007**, to pay the partial filing fee and show cause why he did not timely pay the partial filing fee when he was first ordered to do so.

The failure to comply with this Order within the prescribed time will result in the dismissal of this action for failure to prosecute and to comply with the Court's Order.

DONE this 26th day of January, 2007.

                                                   s/BERT W. MILLING, JR.
                                                   UNITED STATES MAGISTRATE JUDGE